1  SEAN P. NALTY (SBN 121253)
   WILSON, ELSER, MOSKOWITZ,
2     EDELMAN& DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA  94105
   Telephone:     (415) 433-0990
4  Facsimile:      (415) 434-1370

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH AMERICA and
6  NOVARTIS VACCINES AND DIAGNOSTICS FLEXIBLE
   BENEFITS PROGRAM
7

8
   STEVEN M. CHABRE  (SBN 173271)
9  THE LAW OFFICE OF STEVEN M. CHABRE
   1335 Park Avenue
10 Alameda, CA  94501
   Telephone:     (510) 749-1440
11 Facsimile:      (510) 749-0466

12 Attorney for Plaintiff
   STEPHANIE SEALS
13

14
                     UNITED STATES DISTRICT COURT
15
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17
   STEPHANIE SEALS                           )  Case No.:      C-10-2198 SI
18                                           )
           Plaintiff,                        )  **STIPULATION OF DISMISSAL WITH**
19                                           )  **PREJUDICE AND PROPOSED ORDER**
       vs.                                   )  **THEREON**
20                                           )
   LIFE INSURANCE COMPANY OF NORTH )
21 AMERICA, NOVARTIS VACCINES AND )
   DIAGNOSTICS FLEXIBLE BENEFITS )
22 PROGRAM, and DOES 1-10                    )
                                             )
23         Defendants.                       )
                                             )

24

25

26

27

28

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #C-10-2198 SI

Plaintiff Stephanie Seals ("plaintiff"), and defendants Life Insurance Company of North America and Novartis Vaccines and Diagnostics Flexible Benefits Program ("defendants"), through their respective attorneys of record, Steven M. Chabre, Esq., of the Law Offices of Steven M. Chabre, on behalf of plaintiff, and Sean Nalty, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  All parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

Date:  December 7, 2010    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ___/s/___
Sean Nalty
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and NOVARTIS VACCINES AND DIAGNOSTICS FLEXIBLE BENEFITS PROGRAM

Date:  December 7, 2010    THE LAW OFFICE OF STEVEN M. CHABRE

By: ___/s/___
Steven M. Chabre
Attorneys for Plaintiff STEPHANIE SEALS

**ORDER**

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim.  All parties to bear their own fees and costs.

**IT IS SO ORDERED**.

Date:_____    By:_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE